

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,325-02

### EX PARTE J.C. SMITH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 94461-CR-A IN THE 149TH DISTRICT COURT
### BRAZORIA COUNTY

*Per curiam.*

## O P I N I O N

Applicant pleaded guilty to indecency with a child by exposure and was sentenced to 20 years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary because he pleaded guilty in exchange for an illegal sentence. Specifically, the statutory maximum sentence for the offense was 10 years, but Applicant was sentenced to 20 years. *See* TEX. PENAL CODE §§ 21.11(a)(2), (d); 12.34(a) (providing maximum sentence of 10 years).

Based on the record and applicable law, the trial court has determined that Applicant's sentence is illegal and recommends returning the case to its pre-trial posture. *See* TEX. PENAL CODE

§§ 21.11(a)(2), (d); 12.34(a). "When a plea-bargain agreement calls for a sentence much greater than that authorized by law, we must allow the defendant to withdraw his plea[.]" *Ex parte Rich,* 194 S.W.3d 508, 514 (Tex. Crim. App. 2006).

Relief is granted. The judgment in cause number 94461-CR in the 149th District Court of Brazoria County is set aside, and Applicant is remanded to the custody of the Sheriff of Brazoria County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 12, 2025
Do not publish